**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CELGENE CORPORATION, CELGENE INTERNATIONAL SÀRL, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE INC.,<br><br>Defendant. | Civil Action No. _____________ |

**COMPLAINT**

Plaintiffs Celgene Corporation, Celgene International Sàrl, and Bristol-Myers Squibb Company (collectively "Plaintiffs"), by their attorneys, hereby allege as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, against Defendant Accord Healthcare Inc. ("Accord"). This action relates to Abbreviated New Drug Application ("ANDA") No. 216741 filed by Accord with the U.S. Food and Drug Administration ("FDA").

2. In ANDA No. 216741, Accord seeks approval to market 200 mg and 300 mg tablets of azacitidine (the "Accord ANDA Product") prior to expiration of U.S. Patent No. 11,571,436 (the "'436 patent"). The Accord ANDA Product is a generic version of Plaintiffs' Onureg® drug product.

3. This is the second case relating to Accord's ANDA No. 216741. The prior case, *Celgene Corp. v. Accord Healthcare Inc.*, C.A. No. 1:21-cv-01795-RGA (filed December 22, 2021), remains pending before this Court and involves a claim of infringement of U.S. Patent No.

8,846,628 ("'628 patent") by the Accord ANDA Product. The '436 patent addressed in this complaint is a related patent that issued on February 7, 2023 and, like the '628 patent, is now listed in the FDA's official publication of approved drugs ("Orange Book") for Onureg®. Plaintiffs bring this second lawsuit so that all issues relating to Accord's ANDA Product and the Orange Book-listed patents for Onureg® can be addressed together.

## PARTIES

4. Celgene Corporation is a corporation organized and existing under the laws of Delaware, having a place of business at 86 Morris Avenue, Summit, New Jersey 07901.

5. Celgene International Sàrl is a société à responsabilité limitée organized and existing under the laws of Switzerland, having a place of business at Route de Perreux 1, Boudry CH-2017, Switzerland.

6. Bristol-Myers Squibb Company is a corporation organized and existing under the laws of Delaware, having a place of business at Route 206 and Province Line Road, Princeton, New Jersey 08540.

7. Plaintiffs are engaged in the business of creating, developing, and bringing to market pharmaceutical products to help patients prevail against serious diseases, including treatments for cancer. Plaintiffs sell Onureg® in this judicial district and throughout the United States.

8. Upon information and belief, Accord is a corporation organized and existing under the laws of North Carolina, having its principal place of business at 1009 Slater Road, Suite 210-B, Durham, North Carolina 27703.

## JURISDICTION AND VENUE

9. This action arises under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq.*, and this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

10. Venue is proper in this Court under 28 U.S.C. § 1400(b), and this Court has personal jurisdiction over Accord. Accord did not dispute venue or personal jurisdiction in *Celgene Corp. v. Accord Healthcare Inc.*, C.A. No. 1:21-cv-01795-RGA, which is a related case involving the assertion of another Orange Book-listed patent for Onureg® against the Accord ANDA Product. Venue in this Court is proper, and this Court has personal jurisdiction over Accord in this related matter for the same reasons as in C.A. No. 1:21-cv-01795-RGA.

## PATENT-IN-SUIT

11. On February 7, 2023, the U.S. Patent and Trademark Office duly and legally issued the ’436 patent, titled “Oral Formulations of Cytidine Analogs and Methods of Use Thereof.” A true and correct copy of the ’436 patent is attached hereto as Exhibit A.

12. The claims of the ’436 patent are valid, enforceable, and not expired.

13. Celgene Corporation is the owner of the ’436 patent. Celgene International Sàrl is the exclusive licensee of the ’436 patent. Plaintiffs have the right to enforce the ’436 patent.

## PLAINTIFFS’ ONUREG® PRODUCT

14. Bristol-Myers Squibb Company is the current holder of New Drug Application (“NDA”) No. 214120, by which the FDA granted approval for the marketing and sale of 200 mg and 300 mg strength azacitidine tablets. Plaintiffs market azacitidine tablets in the United States under the trade name “Onureg®.”

15. Onureg® is a nucleoside metabolic inhibitor indicated for continued treatment of adult patients with acute myeloid leukemia who achieved first complete remission (CR) or

complete remission with incomplete blood count recovery (CRi) following intensive induction chemotherapy and are not able to complete intensive curative therapy. A copy of the complete prescribing information for Onureg® is attached as Exhibit B.

16. The FDA's Orange Book lists the '436 patent as a patent covering Onureg® and its use.

## INFRINGEMENT BY ACCORD

17. By letter dated March 15, 2023, Accord notified Plaintiffs that Accord had submitted ANDA No. 216741 to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) (the "Notice Letter"). Plaintiffs received the Notice Letter no earlier than March 16, 2023.

18. The Notice Letter states that Accord seeks approval from the FDA to engage in the commercial manufacture, use, sale, offer to sell, and/or importation in the United States of the Accord ANDA Product before the expiration of the '436 patent. Upon information and belief, Accord intends to, directly or indirectly, engage in the commercial manufacture, use, sale, offer for sale, and/or importation of the Accord ANDA Product promptly upon receiving FDA approval.

19. By filing ANDA No. 216741, Accord has necessarily represented to the FDA that the Accord ANDA Product has the same active ingredient as Onureg®, has the same dosage form, route of administration, and strength as Onureg®, and is bioequivalent to Onureg®.

20. Upon information and belief, Accord is seeking approval to market the Accord ANDA Product for the same approved indications as Onureg®.

21. In the Notice Letter, Accord states that its ANDA contains a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) asserting that the claims of the '436 patent are invalid under 35 U.S.C. § 103. The Notice Letter does not contest that the claims of the '436 patent are

enforceable and will be infringed by the commercial manufacture, use, offer to sell, sale, and/or importation of the Accord ANDA Product to the extent that those claims are valid.

22. This Complaint is being filed before the expiration of forty-five days from the date Plaintiffs received the Notice Letter.

**COUNT I**
**(INFRINGEMENT OF THE '436 PATENT)**

23. Plaintiffs incorporate each of the above paragraphs 1 to 22 as though fully set forth herein.

24. Upon information and belief, Accord's submission of ANDA No. 216741 to obtain approval to engage in the commercial manufacture, use, offer to sell, sale, and/or importation of the Accord ANDA Product for use in accordance with its proposed label indications prior to the expiration of the '436 patent infringed one or more claims of the '436 patent, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(e)(2)(A). The infringed claims of the '436 patent include claims 1-22. In the Notice Letter, Accord has not contested the infringement of any claim of the '436 patent to the extent that the patent's claims are valid.

25. Upon information and belief, Accord's commercial manufacture, use, offer to sell, sale, and/or importation of the Accord ANDA Product for use in accordance with its proposed label indications prior to the expiration of the '436 patent, and/or its inducement or contribution to such conduct, would further infringe one or more claims of the '436 patent, either literally or under the doctrine of equivalents, under at least 35 U.S.C. §§ 271(a), (b), and/or (c). Those activities would infringe, induce the infringement of, and/or contribute to the infringement of claims 1-22 of the '436 patent.

26. Upon information and belief, upon FDA approval of Accord's ANDA No. 216741, Accord will infringe, either literally or under the doctrine of equivalents, one or more claims of

the ’436 patent, by making, using, offering to sell, selling, and/or importing the Accord ANDA Product for use in accordance with its proposed label indications, or by actively inducing and contributing to infringement of the ’436 patent by others, under 35 U.S.C. §§ 271(a), (b), and/or (c), unless enjoined by the Court. Unless enjoined, those activities would infringe, induce the infringement of, and/or contribute to the infringement of claims 1-22 of the ’436 patent.

27. Upon information and belief, the Accord ANDA Product or its use in accordance with its proposed label indications satisfies each and every element of claims 1-22 of the ’436 patent.

28. For example, claim 1 of the ’436 patent, the only independent claim, is representative for purposes of Accord’s infringement and recites:

> A pharmaceutical composition for oral administration comprising 180 mg to 360 mg of 5-azacytidine and at least one pharmaceutically acceptable excipient, wherein the composition is a non-enteric coated tablet, and wherein a therapeutically effective amount of 5-azacytidine is not absorbed through oral mucosa upon administration to a human subject.

29. Upon information and belief, the Accord ANDA Product is a pharmaceutical composition for oral administration comprising 180 mg to 360 mg of 5-azacytidine and at least one pharmaceutically acceptable excipient, wherein the composition is a non-enteric coated tablet, and wherein a therapeutically effective amount of 5-azacytidine is not absorbed through oral mucosa upon administration to a human subject.

30. For example, the Notice Letter states the “active ingredient, dosage form, and strength of Accord’s proposed [ANDA] drug product is Azacitidine, Tablet 200 mg and 300 mg.” Notice Letter at 2. “Azacitidine” is another name for “5-azacytidine,” and those terms are used interchangeably, as the ’436 patent explains. *See, e.g.*, ’436 patent, 2”52-57 (“5-[a]zacytidine (National Service Center designation NSC-102816; CAS Registry Number 320-67-2) [is] also

known as azacitidine"). The 200 mg and 300 mg dosage strength tablets of Accord's ANDA product include a therapeutically effective amount of 5-azacytidine.

31. Upon information and belief, the Accord ANDA Product is for oral administration, contains at least one pharmaceutically acceptable excipient, and is a non-enteric coated tablet. Onureg® is for oral administration, contains at least one pharmaceutically acceptable excipient, and is a non-enteric coated tablet, wherein a therapeutically effective amount of 5-azacytidine is not absorbed through oral mucosa upon administration to a human subject. Accord asserts that the Accord ANDA Product is bioequivalent to Onureg®, which means that it has the same route of administration (i.e., oral administration) and dosage form (i.e., a non-enteric coated tablet containing at least one pharmaceutically acceptable excipient) as Onureg®.

32. The Notice Letter does not dispute that the commercial manufacture, use, offer to sell, sale, and/or importation of the Accord ANDA Product would infringe claim 1 of the '436 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

1. A judgment that the claims of the '436 patent are not invalid, are not unenforceable, and are infringed by Accord's submission of ANDA No. 216741 under 35 U.S.C. § 271(e)(2)(A), either literally or under the doctrine of equivalents, and that Accord's making, using, offering to sell, or selling in the United States, or importing into the United States the Accord ANDA Product will infringe, induce the infringement of, and/or contribute to the infringement of the claims of the '628 patent under 35 U.S.C. §§ 271(a), (b), and/or (c), either literally or under the doctrine of equivalents.

2. An order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any approval of ANDA No. 216741 shall be a date which is not earlier than the latest expiration

date of the '436 patent, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or become entitled.

3. An order permanently enjoining Accord, its affiliates, subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, using, offering to sell, or selling in the United States, or importing into the United States the Accord ANDA Product until after the latest expiration date of the '436 patent, including any extensions and/or additional periods of exclusivity to which Plaintiffs are or become entitled.

4. An order awarding Plaintiffs their costs in this litigation, including any costs recoverable under 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d)(1), and/or Local Rule 54.1.

5. A finding that this is an exceptional case and awarding Plaintiffs their reasonable attorneys' fees, including under 35 U.S.C. § 285.

6. Such further and other relief as this Court deems proper and just.

Dated: April 18, 2023

Of Counsel:

Amy K. Wigmore
Heather M. Petruzzi
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

Andrew J. Danford
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Celgene Corporation Celgene International Sàrl, and Bristol-Myers Squibb Company*